**93–506.** In re Petition to Annex 941 Acres from Genoa & Orange Twps. *Delaware County*, No. 92CAE06020. On motion for leave to amend memorandum in support. Motion granted.

**93–507.** Block v. Littlefield. *Pickaway County*, No. 91–CA–34. On motion for leave to supplement the record. Motion denied.

**93–532.** State ex rel. Bohlman v. O'Donnell. *Cuyahoga County*, No. 64388. On motion to consolidate with 92–2534, *Hiatt v. S. Health Facilities, Inc., Scioto County*, No. 91CA2025. Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

*Sua sponte*, this cause is held for the decision in 92–2534; briefing schedule stayed.

**93–536.** Firestone v. Bank One, Akron, N.A. *Summit County*, Nos. 15647 and 15653. On motion for leave to proceed *pro hac vice*. Motion granted.

**93–537.** Sierra Club v. Pub. Util. Comm. Public Utilities Commission, No. 92–790–EL–ECP. On motion for leave to intervene of Ohio Power Company. Motion granted.

WRIGHT, J., not participating.

**93–538.** Sierra Club v. Pub. Util. Comm. Public Utilities Commission, Nos. 92–01–EL–EFC and 92–101–EL–EFC. On motion for leave to intervene of Ohio Power Company. Motion granted.

WRIGHT, J., not participating.

**93–565.** State v. Barth. *Washington County*, No. 92–CA–17. On motion for leave to file delayed appeal. Motion granted.

DOUGLAS, WRIGHT and F.E. SWEENEY, JJ., dissent.

**93–566.** Grimes v. Ohio Unemp. Comp. Bd. of Review. *Belmont County*, No. 92–B–19. On motion for leave to file memorandum of Ormet Corporation instanter. Motion granted.

**93–588.** Schwartz v. Comcorp, Inc. *Cuyahoga County*, No. 63479. On motion for leave to file *amicus* of Ohio Employment Lawyers Association. Motion granted.

**93–602.** Turner v. Tate. *Ross County*, No. 92CA1859. On motion to waive requirements of filing appendix. Motion granted.

MOYER, C.J., WRIGHT and F.E. SWEENEY, JJ., dissent.

**93–610.** State v. McRae. *Cuyahoga County*, No. 59363. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., RESNICK and PFEIFER, JJ., dissent.

**93–613.** State v. Gifford. *Summit County*, No. 15245. On motion for leave to file delayed appeal. Motion denied.

WRIGHT and PFEIFER, JJ., dissent.

**93–623.** State v. Nobles. *Montgomery County*, No. 9721. On motion for leave to file delayed appeal. Motion denied.

## JURISDICTIONAL MOTIONS ALLOWED

**92–2583.** Clark v. Nationwide Ins. Co. *Franklin County*, No. 92AP–485. On motion to certify the record and on motion for leave to supplement memorandum. Motions granted.

MOYER, C.J., and WRIGHT, J., dissent.

**93–105.** J.C. Penney Cas. Ins. Co. v. Adkins. *Franklin County*, No. 92AP–498.

MOYER, C.J., and WRIGHT, J., dissent.

**93–155.** Spremulli's Am. Serv. v. Cincinnati Ins. Co. *Cuyahoga County*, No. 61213.

MOYER, C.J., A.W. SWEENEY and WRIGHT, JJ., dissent.

**93–216.** Boewe v. Ford Motor Co. *Cuyahoga County*, No. 61183.

MOYER, C.J., WRIGHT and RESNICK, JJ., dissent.